AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Joshua Lee Phillips, <br> *Plaintiff* <br> v. <br> Major Gregorey Washington; Lieutenant Kimberly Garvin; Lieutenant Tonya Johnson; Lieutenant Williams; Sergeant Gibson; Corporal Hanna; Officer Arend; Officer Crouder; Officer M. Gollach, <br> *Defendants* | ) <br> )    Civil Action No.   1:14-cv-02655-TLW <br> ) <br> ) <br> ) |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Joshua Lee Phillips, shall take nothing of the defendants, Major Gregorey Washington; Lieutenant Kimberly Garvin; Lieutenant Tonya Johnson; Lieutenant Williams; Sergeant Gibson; Corporal Hanna; Officer Arend; Officer Crouder; Officer M. Gollach, and this action is dismissed with prejudice for lack of prosecution pursuant to Rule 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Chief United States District Judge, accepting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended the dismissal of this action with prejudice.

Date:  December 21, 2015

*ROBIN L. BLUME, CLERK OF COURT*

s/M. Walker

*Signature of Clerk or Deputy Clerk*